IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CARL LEE BRIGHT, II,

      Appellant,

 v.

Case No.  5D22-673
LT Case Nos. 2021-CF-000091
               2021-CF-000042

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed September 13, 2022

Appeal from the Circuit Court
for St. Johns County,
R. Lee Smith, Judge.

O.H. Eaton, Jr., of Office of Criminal Conflict
& Civil Regional Counsel, Casselberry, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Whitney Brown Hartless,
Assistant Attorney General, Daytona Beach,
for Appellee.


PER CURIAM.

     AFFIRMED.


LAMBERT, C.J., EISNAUGLE and HARRIS, JJ., concur.